UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY PETER AUTHEMENT, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-5837** |
| **TERREBONNE PARISH SHERIFF'S OFFICE, SHERIFF OF TERREBONNE PARISH, MEDICAL DEPT. IN TPCJC, TERREBONNE PARISH, STATE OF LOUISIANA, TPCJC** | **SECTION "S" (4)** |

# O R D E R

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

The plaintiff objected to the Report and Recommendations arguing that he was not allowed enough time in the prison law library to research the case, that he was not permitted to obtain paper on which to write his objections, and requesting that this court appoint a lawyer to represent him in the above captioned civil action. The plaintiff's objections do not address the legal issues discussed Magistrate Judge's Report and Recommendations. Generally, there is no right to counsel in Section 1983 cases. Branch v. Cole, 686 F.2d 264, 266 (5th Cir. 1982). A district court has discretion to appoint counsel in a civil rights action if the case presents exceptional circumstances. Id. at 265. Exceptional circumstances are determined by evaluating the type and complexity of the case and the

abilities of the individual brining it. Id. at 266. The court does not find that exceptional circumstances exist in this case.

Therefore,

**IT IS ORDERED** that Terry Peter Authement, Jr.'s 42 U.S.C. § 1983 claims brought against the State of Louisiana are **DISMISSED WITHOUT PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and/or for seeking relief against an immune defendant pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A, and 42 U.S.C. §1997e, because the claims are barred by the Eleventh Amendment.

**IT IS FURTHER ORDERED** that Authement's § 1983 claims brought against the Terrebonne Parish Criminal Justice Complex, the medical unit at the Terrebonne Parish Criminal Justice Complex, Terrebonne Parish, the Terrebonne Parish Sheriff's Office, and the Terrebonne Parish Sheriff are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A, and 42 U.S.C. §1997e.

New Orleans, Louisiana, this \_\_\_3rd\_\_\_ day of _____December_____, 2009.

**UNITED STATES DISTRICT JUDGE**